IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL L. MYERS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-79 ERIE |
| | ) | |
| MARY CANINO, et. al., | ) | |
|     Defendants. | ) | |
| | ) | |

**<u>ORDER</u>**

    The Court Construes all of the following motions and appeal:

1. Appeal of Magistrate Decision (Doc. No. 34)
2. Motion for Injunctive Relief and Sanctions (Doc. No. 35)
3. Motion for Injunctive Relief (Doc. No. 39)
4. Motion for Injunctive Relief (Doc. No. 40)
5. Motion for Hearing (Doc. No. 44)

as one appeal of the Magistrate Judge's Order dated June 19, 2007

    AND NOW this <u>16th</u> day of July, 2007,

    IT IS HEREBY ORDERED that said Appeal is DENIED and all motions related to this appeal are DENIED;

    IT IS FURTHER ORDERED that the Magistrate Judge's Order (Doc. No. 32) be and hereby is AFFIRMED.

                                         S/Sean J. McLaughlin
                                         Sean J. McLaughlin
                                         United States District Judge

cc: counsel/parties of record   <u>NK</u>